IN RE: JOSE ANTONIO RUIZ HERNANDEZ
ANA MARIA MALDONADO MEDINA

Bkrtcy. No. 09-00212-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value |
|---|---|
| Petition Filing Date: | Jan 16, 2009 |
| Meeting Date | Feb 27, 2009 |
| DC Track No. | 1 |
| Days from petition date | 42 |
| Meeting Time | 8:00 AM |
| 910 Days before Petition | 7/21/2006 |
| ☐ Chapter 13 Plan Date | Jan 16, 2009 |
| ☐ Amended. | |
| This is debtor(s) | 1 Bankruptcy petition. |
| Plan Base: | $9,600.00 |
| This is the | 1 Scheduled Meeting |
| Confirmation Hearing Date: | Apr 08, 2008 |
| Time: | 2:00 PM |
| Total Paid In: | $200.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
- ☑ Joint Debtor Present ☑ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☐ None.
BPM

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JUAN MANUEL SUAREZ COBO*
Total Agreed: $3,000.00   Paid Pre-Petition: $349.00   Outstanding: $2,651.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☑ Under ☐ Above Median Income. Liquidation Value: 0
- Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
- The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED
- §341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
+ Amend Voluntary Petition to Correct the Mailing Address
+ Disclose the Life Plan of $100,000 listed in schedule "B"
+ Maturity Date of Retirement Loan.

Trustee / Presiding Officer    Page 1 of 1    Date: Feb 27, 2009