IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-00212 (ESL) |
|---|---|
| JOSE A. RUIZ HERNANDEZ<br>ANA M. MALDONADO MEDINA | CHAPTER 13 |
| DEBTOR | |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION
## PURSUANT TO 11 U.S.C. §1329

**TO THE HONORABLE COURT:**

COME(S) NOW the above named Debtor(s), represented by the undersigned attorney, and very respectfully allege(s) and request(s):

1. The Debtor(s), through their attorney, hereby move(s) to modify the Confirmed Chapter 13 Plan dated 01/16/2009 (docket 2), confirmed on 04/08/2009 (docket 15).

2. The Post Confirmation Modified plan dated 06/30/2010 is submitted herewith for approval.

3. Movants' request the present relief because the Administración de Sistemas de Retiro del Estado Libre Asociado (hereinafter "ASR-ELA") de Puerto Rico is presently deducting an unexpected amount of $340.00 from joint petitioner Ana M. Maldonado Medina retirement check.

4. Under the modified plan the Debtor(s) would:

   a. adjust the monthly amount to $100, starting retroactive to May 01, 2010, and ending on April 30, 2011. Amended budget schedules will be filed separately, and to

   b. allow debtors time to inquire and resolve the post petition deductions affecting the feasibility of their originally confirmed plan.

5. The plan as modified meets the requirements of the Bankruptcy Code, and satisfies Movant's request for relief.

**WHEREFORE**, the Debtor(s) respectfully request(s) this Honorable Court to approve the proposed post confirmation modified plan dated 06/30/2010 pursuant to 11 USC 1329.

Case No. 09-00212 (ESL)
Page 2
-----------------------------------

**NOTICE:** Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee. I further certify that a copy of this document was mailed First Class Mail postage prepaid to the non CM/ECF participants included in the attached creditor matrix.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th. day of June, 2010.

s/JOSE L. JIMENEZ QUINONES
USDC-PR 203808
Attorney for Debtor(s)
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009 & 691-2458
FAX: 1-866-326-9416 & 787-731-5721
jljimenez11@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. 09-00212

RUIZ HERNANDEZ, JOSE ANTONIO & MALDONADO MEDINA, ANA MARIA    Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 6/30/2010　　　　　　　　　　☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION　　　　　　Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200.00 x 15 = $ 3,000.00
$ 100.00 x 12 = $ 1,200.00
$ 200.00 x 28 = $ 5,600.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 9,800.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 9,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 2,651.00

Signed: /s/ JOSE ANTONIO RUIZ HERNANDEZ
　　　　Debtor

　　　　/s/ ANA MARIA MALDONADO MEDINA
　　　　Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK**　　Cr. _____　　Cr. _____
# **8767**　　#　　#
$ 535.00　　$　　$
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BERRIOS**　　Cr. _____　　Cr. _____
# **9705**　　#　　#
$ 44.38　　$　　$
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____　　Cr. _____　　Cr. _____
#　　#　　#
$　　$　　$
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
　　　　☐ Paid 100% / ☐ Other: _____
Cr. _____　　Cr. _____　　Cr. _____
# _____　　# _____　　# _____
$ _____　　$ _____　　$ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
1. **$350.00 IN ADDITIONAL ATTORNEY'S FEES FOR THE POST CONFIRMATION MODIFICATION OF PLAN.**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**　　　　Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          AEELA                                    AMERICAN EXPRESS BANK FSB
0104-3                                   AEELA                                    C/O BECKET & LEE LLP
Case 09-00212-ESL13                      P O BOX 70199                            ATTORNEYS/AGENT FOR CREDITOR
District of Puerto Rico                  SAN JUAN, PR 00936-8199                  PO BOX 3001
Old San Juan                                                                      MALVERN, PA 19355-0701
Wed Jun 30 18:21:42 AST 2010

FIRSTBANK PUERTO RICO                    US Bankruptcy Court District of P.R.     AEELA
PO BOX 9146                              U.S. Post Office and Courthouse Building PO BOX 364508
SAN JUAN, PR 00908-0146                  300 Recinto Sur Street, Room 109         SAN JUAN, PR 00936-4508
                                         San Juan, PR 00901-1964


AMERICAN EXPRESS                         American Express Bank FSB                American Express TRS Co, Inc Latin American
PO BOX 360001                            c/o Becket and Lee LLP                   Division
FORT LAUDERDALE, FL 33336-0001           POB 3001                                 c/o Becket and Lee LLP
                                         Malvern PA 19355-0701                    POB 3001
                                                                                  Malvern PA 19355-0701


BANCO POPULAR DE PR                      BANCO SANTANDER DE PR                    CENTENNIAL DE PR
PO BOX 71375                             PO BOX 362589                            CENTURY OFFICE PARK
SAN JUAN, PR 00936-8475                  SAN JUAN, PR 00936-2589                  CARR. 888, KM 1.3, BO. ST JUST
                                                                                  SAN JUAN, PR 00930


CENTENNIAL DE PR                         CITIFINANCIAL RETAIL SERVICES DE PR      COSTCO
PO BOX 71514                             P.O. BOX 71587                           RETAIL SERVICES
SAN JUAN, PR 00936-8614                  SAN JUAN, PR 00936-8687                  PO BOX 60148
                                                                                  CITY OF INDUSTRY, CA 91716-0148


CRESCA CORP                              CRIM                                     EMP. BERRIOS FINANCIERA
PO BOX 71325 SUITE 92                    PO BOX 195387                            PO BOX 674
SAN JUAN, PR 00936-8425                  SAN JUAN, PR 00919-5387                  CIDRA PR 00739-0674


FIA CARD SERVICES                        FIA CARD SERVICES                        FIA CARD SERVICES
1110 NORTH KING STREET                   PO BOX 15026                             PO BOX 15720
WILMINGTON, DE 19801                     WILMINGTON, DE 19850-5026                WILMINGTON, DE 19850-5720


FIRSTBANK MORTGAGE                       FIRSTBANK PUERTO RICO                    HOME DEPOT CREDIT SERVICES
PO BOX 9066612                           DEPARTAMENTO DE HIPOTECAS-475            C/O CITI CARDS
SAN JUAN, PR 00906-6612                  PO BOX 9146                              PO BOX 689106
                                         SAN JUAN, PR 00908-0146                  DES MOINES, IA 50368-9106


HOME DEPOT CREDIT SERVICES               INTERNAL REVENUE SERVICE                 JC PENNEY
PO BOX 689100                            CENTRALIZED INSOLVENCY OPERATION         PO BOX 960090
DES MOINES, IA 50368-9100                PO BOX 21125                             ORLANDO, FL 32896-0090
                                         PHILADELPHIA, PA 19114


LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS  POPULAR FINANCE INC                  PRA Receivables Management, LLC
AS ASSIGNEE OF AMERICAN EXPRESS BANK         C/O BANCO POPULAR DE PR              As Agent Of Portfolio Recovery Assocs.
C/O RESURGENT CAPITAL SERVICES               PO BOX 366818                        PO Box 12914
PO BOX 10587                                 SAN JUAN PR 00936-6818               NORFOLK VA 23541-0914
GREENVILLE, SC 29603-0587
```

RETIRO - CENTRAL
ADM. DE LOS SISTEMAS DE RETIRO DEL ELA
PO BOX 42003
SAN JUAN, PR 00940-2203

RETIRO - MAESTROS
ADM. DE SISTEMAS DE RETIRO DE MAESTROS
PO BOX 191878
SAN JUAN, PR 00919-1878

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba WALMART
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

SAM'S CLUB
P.O. BOX 530942
ATLANTA, GA 30353-0942

SEARS CREDIT CARDS
PO BOX 183114
COLUMBUS, OH 43218-3114

SEARS PREMIER CARD
P.O. BOX 183001
COLUMBUS, OH 43218-3001

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PR 00902-4140

WAL MART
PO BOX 530927
ATLANTA, GA 30353-0927

eCAST Settlement Corp
Assignee of HSBC Bank Nevada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

ANA MARIA MALDONADO MEDINA
CALLE 38 BLQ 41-2
VILLA CAROLINA
CAROLINA, PR 00985-5512

JOSE ANTONIO RUIZ HERNANDEZ
CALLE 38 BLQ 41-2
VILLA CAROLINA
CAROLINA, PR 00985-5512

JOSE L JIMENEZ QUINONES
JIMENEZ QUINONES LAW OFFICE, PSC
268 AVE. PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2007

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

End of Label Matrix
Mailable recipients    45
Bypassed recipients     0
Total                  45