Form 210A (10/06)

# United States Bankruptcy Court
District of PR (Old San Juan)

In Re: JOSE ANTONIO RUIZ HERNANDEZ  Case No: 09-00212
ANA MARIA MALDONADO MEDINA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

GE Capital Retail Bank                          Midland Funding LLC by American InfoSource LP as agent
---------------------------                     ---------------------------
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 11
should be sent:                                 Amount of Claim: $3,595.38
GE Capital Retail Bank                          Date Claim Filed: 5/14/2009
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Phone: (305) 379-7674                           Phone: (877) 893-8820
Last Four Digits of Acct # :2544                Last Four Digits of Acct # :2544

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                            Date: March 4, 2014
-----------------------------------
Ramesh Singh
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605
claims@recoverycorp.com
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571